IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 13 C 4044 |
| | ) | |
| C. SZABO CONTRACTING, INC., | ) | JUDGE HARRY D. LEINENWEBER |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF PARTIAL JUDGMENT
AND FOR AN ORDER DIRECTING AN AUDIT**

NOW COME Plaintiffs, by their attorneys, default having been entered against the Defendant on December 12, 2013, request this Court enter partial judgment against Defendant, C. SZABO CONTRACTING, INC., an Illinois corporation, in the amount of $31,164.84, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $6,018.75.

Further, Plaintiffs move for entry of an order directing C. SZABO CONTRACTING, INC., an Illinois corporation, Defendant herein, to submit to an audit of its payroll books and records for the time period January 2012 through the present date, said Defendant having failed to answer or otherwise plead to the Complaint and a payroll compliance audit being necessary to fully liquidate Plaintiffs' claims.

/s/ Jennifer L. Dunitz-Geiringer

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 22nd day of September 2014:

        Mr. Carl Szabo, Registered Agent
        C. Szabo Contracting, Inc.
        415 W. Belden Avenue, Suite A
        Addison, IL  60101

        Mr. James Hendricks
        Ms. Elizabeth Winiarski
        Lewis Brisbois Bisgaard & Smith, LLP
        550 W. Adams Street, Suite 300
        Chicago, IL  60661

        /s/  Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 216-2571
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\731exc\Szabo, C. Contracting\#24511\motion-partial judgment and audit.jdg.df.wpd